IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANNAMALAI ANNAMALAI,

      Petitioner,

 v.

WARDEN EMMERICH,

      Respondent.

ORDER

24-cv-132-jdp

---

ANNAMALAI ANNAMALAI,

      Petitioner,

 v.

EVERICH,

      Respondent.

ORDER

24-cv-167-jdp

---

ANNAMALAI ANNAMALAI,

      Petitioner,

 v.

WARDEN EMMERICH,

      Respondent.

ORDER

24-cv-204-jdp

---

ANNAMALAI ANNAMALAI,

      Petitioner,

 v.

WARDEN EMMERICH,

      Respondent.

ORDER

24-cv-205-jdp

Petitioner Annamalai Annamalai asks me to vacate the orders that magistrate judges have entered in the above cases, contending that they lacked jurisdiction to enter those orders because he didn't consent to their jurisdiction. I will deny these motions.

As allowed under federal law, the court has adopted Local Rule 2, which authorizes magistrate judges to "hear and determine any pretrial matter pending before this court." Consent of the parties is not required to have the magistrate judge serve this function. Having the magistrate judge decide nondispositive matters allows the presiding judge to focus on case-dispositive decisions, which keeps cases from getting bogged down.

ORDER

IT IS ORDERED that:

1. Dkt. 20 in 24-cv-132-jdp, Dkt. 10 in 24-cv-167-jdp, Dkt. 8 in 24-cv-204-jdp, and Dkt. 9 in 24-cv-205-jdp are DENIED.

2. The clerk of court is directed to send petitioner Annamalai Annamalai a copy of this order.

Entered June 3, 2024.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge